No. 974. EX PARTE THE PEOPLE, MOVER AND RESPONDENT. CANDELARIA FERNÁNDEZ, OPPOSER AND APPELLANT.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided April 7, 1913. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911, and Rules 40 and 60 of this court. *Mr. Charles E. Foote, fiscal,* and *Mr. Frank Martínez,* acting *fiscal,* for The People. The adverse party did not appear.

No. 197. EX PARTE FRANCISCO DE LA TORRE.—Petition for the approval of notarial surety bond No. 2238 executed by the National Surety Company on March 20, 1913. Decided April 8, 1913. Bond approved. The petitioner appeared *pro se.*

No. 598. THE PEOPLE *v.* DÍAZ.—Appeal from the District Court of San Juan, Section 2. Decided April 23, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.